UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
YONY SOSA, on behalf of himself and all others                :
similarly situated,                                           :   20 Civ. 6980 (LGS)
                                        Plaintiff,            :
                                                              :   ORDER
                 -against-                                    :
                                                              :
AMERICAN BULLION, INC.,                                       :
                                                              :
                                        Defendant             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Order, dated September 24, 2020 (Dkt. No. 5), required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

     WHEREAS, the initial pretrial conference is scheduled for November 5, 2020, at 11:00 a.m.;

     WHEREAS, on October 27, 2020, counsel for Defendant entered an appearance (Dkt. No. 6);

     WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

     **ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on Monday, November 2, 2020**.

Dated: October 30, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE