UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                             :
YONY SOSA, individually and on behalf of others              :
similarly situated,                                          :          20 Civ. 6980 (LGS)
                                        Plaintiff,           :
                                                             :               ORDER
                       -against-                             :
                                                             :
AMERICAN BULLION, INC,                                       :
                                        Defendant.           :
------------------------------------------------------------- :
                                                             X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Court has been informed that the parties have reached a settlement in

principle in this case (Dkt. No. 16).  Accordingly, it is hereby

        **ORDERED** that this action is dismissed without costs and without prejudice to restoring

the action to the Court's calendar, provided the application to restore the action is made within

thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date

of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot,

and all conferences are CANCELLED.

Dated:  December 10, 2020
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE